UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LATERAL RECOVERY LLC, et al.,
                    Plaintiffs,

         -against-

CAP CALL LLC, et al.,
                    Defendants.
------------------------------------------------------------X

22 Civ. 2314 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 13, 2022, directed Plaintiffs to file a response to Defendants' pre-motion letter in anticipation of a motion to dismiss, not to exceed three pages, by April 18, 2022.  (Dkt. No. 14.)

WHEREAS, no such response was filed.  It is hereby

**ORDERED** that by **April 27, 2022**, Plaintiffs shall file any response to Defendants' pre-motion letter, not to exceed three pages.

Dated: April 25, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE