```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
LATERAL RECOVERY LLC, et al.,                                :
                            Plaintiffs,                      :
                                                             :    22 Civ. 2314 (LGS)
              -against-                                      :
                                                             :    ORDER
CAP CALL LLC, et al.,                                        :
                            Defendants.                      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 13, 2022, Defendants filed a premotion letter in anticipation of a motion to dismiss (Dkt. No. 14), and on April 27, 2022, Plaintiffs filed a response (Dkt. No. 16).

WHEREAS, an initial conference is scheduled for May 25, 2022, at 4:10 p.m. It is hereby

**ORDERED** that the May 25, 2022, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. It is further

**ORDERED** that by **May 6, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 12.) It is further

**ORDERED** that, Defendants' proposed motion to dismiss shall be briefed according to the following schedule:

- By **May 20, 2022**, Defendants shall file their motion to dismiss, with a memorandum of law not to exceed twenty-five (25) pages.

- By **June 10, 2022**, Plaintiffs shall file their opposition, not to exceed twenty-five (25) pages.

- By **June 20, 2022**, Defendants shall file any reply in support of their motion, not to exceed ten (10) pages.

The parties shall comply with this Court's Individual Rules in filing the motions and supporting papers.

Dated: April 29, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE