UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LATERAL RECOVERY LLC, et al.,
                    Plaintiffs,

              -against-

CAP CALL, LLC, et al.,
                    Defendants.
------------------------------------------------------------X

22 Civ. 2314 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a motion to dismiss on May 19, 2022. Plaintiffs filed a Memorandum of Law in Opposition to the motion on June 10, 2022, and Defendants filed a reply on June 20, 2022. Defendants' motion is currently pending.

WHEREAS, Defendants filed a letter seeking leave to file a motion for summary judgment on September 14, 2022, arguing Plaintiffs claims were barred by a release contained within a Settlement Agreement entered into on January 29, 2019. On September 19, 2022, Plaintiffs filed a response to Defendants' letter, opposing the request and seeking targeted discovery into the authenticity of the Settlement Agreement. On September 20, 2022, Defendants filed a reply to Plaintiffs' letter in further support of their proposed motion.

WHEREAS, pursuant to an Order of Reference dated September 2, 2022, this case is referred to Hon. Valerie Figueredo, U.S. Magistrate Judge, for general pre-trial management. It is hereby

**ORDERED** that the parties should direct requests for expedited discovery, and any related discovery disputes, to Judge Figueredo. Following the resolution of any such requests, the Court will issue a briefing schedule on Defendants' motion for summary judgment.

Dated: September 20, 2022
       New York, New York

                                        LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE